IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ammar Suleiman | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:18 CV 50007 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| State of Illinois, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

    Plaintiff's oral motion at the 11/13/2018 status hearing to voluntarily dismiss defendants State of Illinois and Illinois Dept. of Corrections is unopposed by the defendants. It is this Court's Report and Recommendation that the oral motion be granted. That the defendants State of Illinois and Illinois Dept. of Corrections be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(2) and that State of Illinois' motion to dismiss [28] be stricken. Any objections to this Report and Recommendation must be filed by 11/29/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:   November 15, 2018                        /s/ Iain D. Johnston
                                                    U.S. Magistrate Judge