# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ammar Suleiman,,      )
)
)
*Plaintiff,*      )
)
v.      )      Case No: 18 CV 50007
)
State of Illinois, *et al.*,      )
)
*Defendants.*      )      Judge Frederick J. Kapala
)
)      Magistrate Judge Iain D. Johnston

## ORDER

Before the court is a report and recommendation ("R&R") [61] from the magistrate judge that this court grant plaintiff's oral motion be granted, that defendants State of Illinois and Illinois Department of Corrections be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2), and that State of Illinois' motion to dismiss [28] be stricken.  Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's oral motion, dismisses State of Illinois and Illinois Department of Corrections, and strikes State of Illinois' motion to dismiss.

Date: 12/3/2018          ENTER:

FREDERICK J. KAPALA

District Judge